IT IS ORDERED

Date Entered on Docket: December 7, 2017

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**



---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

In Re:
Archie Smith,

Debtor(s).

Case No.: 17-12153-t7

Chapter: 7

## DEFAULT ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON PERSONAL PROPERTY KNOWN AS 2013 FORD FOCUS WITH VIN: 1FADP3K26DL339126

This matter came before the Court on the Motion for Relief from Automatic Stay and to Abandon Personal Property filed on November 9, 2017, Docket No. 15 (the "Motion") by Bridgecrest Credit Company, LLC ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

1. On November 9, 2017, Movant served the Motion and a notice of the Motion (the "Notice") on the case Trustee, Philip J. Montoya ("Trustee"), by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P. 5(b)(3) and NM LBR 9036-1, and on Debtor, Archie Smith, by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014.

1

2. The Motion relates to the personal property known 2013 FORD FOCUS WITH VIN: 1FADP3K26DL339126 (the "Collateral"). The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which 3 days was added under Bankruptcy Rule 9006(f);

3. The Notice was sufficient in form and content;

4. The objection deadline expired on December 3, 2017;

5. As of December 4, 2017, neither Debtor nor Trustee, nor any other party in interest, filed an objection to the Motion;

6. The Motion is well taken and should be granted as provided herein; and

7. By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that, on December 4, 2017, Dyane Martinez of Weinstein & Riley, P.S. searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that DMDC does not possess any information indicating that Archie Smith is currently on active military duty of the United States.

IT IS THEREFORE ORDERED:

1. Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Collateral, of any lien priority, are hereby are relief from the automatic stay to permit Movant to exercise its right to take any and all action necessary and appropriate to enforce Movant's interest against the Collateral, including, but not limited to, the right to repossess and liquidate its Collateral and applicable State law.

2. The Trustee is deemed to have abandoned the Collateral from the estate pursuant to 11 U.S.C. §554 as of the date of entry of this Order, and the Collateral therefore no longer is property of the estate. As a result, Movant need not name Trustee as a defendant in any state

court action it may pursue to repossess and liquidate liens against the Collateral and need not notify Trustee of any sale of the Collateral.

3. This Order shall continue in full force and effect if this case is dismissed or converted to a case under another chapter of the Bankruptcy Code.

4. This Order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

5. Movant is further granted relief from the stay to engage in reaffirmation discussions or negotiations or other settlement discussions with Debtors and to enter into a loan reaffirmation with Debtor(s).

XXX END OF ORDER XXX

Submitted by:

/s/ *Jason C. Bousliman*
Jason C. Bousliman, SBN 14830
5801 Osuna Rd. NE, Suite A-103
Albuquerque, NM 87109
Telephone: 505-348-3204
Facsimile: 505-214-5116
E-mail: JasonB@w-legal.com
Attorney for Movant

**Copies to:**
Archie Smith
317 Palomas Dr. NE, Apt. 6
Albuquerque, NM 87108
***Debtor***

3

Case 17-12153-t7    Doc 17    Filed 12/07/17    Entered 12/07/17 14:05:36 Page 3 of 4

Philip J. Montoya
1122 Central Ave SW, Ste #3
Albuquerque, NM 87102
*Trustee*

*U.S. Trustee*
United States Trustee
PO Box 608
Albuquerque, NM 87103-0608